**Jason BAUER and Azuradisc, Inc.,**
**Plaintiffs–Appellants,**

v.

**CD REPAIRMAN, INC., CD Repairman SA, Inc., and Michael Kennedy, Defendants–Appellees.**

**No. 04–1044.**

United States Court of Appeals, Federal Circuit.

May 27, 2004.

Adam B. Landa, Principal Attorney, Greenberg Traurig, New York, NY, Richard Everett Kurtz, II, of Counsel, Greenberg Traurig, McLean, VA, for Plaintiffs–Appellants.

Ira M. Schwartz, Principal Attorney, Robbins & Green, Phoenix, AZ, for Defendants–Appellees.

Before LOURIE, CLEVENGER, and GAJARSA, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.